# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOEL BYRD, et al., | ) |
| | ) Case No. 1:20-cv-3613 |
| Plaintiffs, | ) |
| | ) Hon. Sara L. Ellis |
| v. | ) |
| | ) |
| CHICAGO TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on <u>Thursday, October 14, 2021</u>, at <u>1:45 p.m.</u> or as soon thereafter as counsel can be heard, I shall appear before the Honorable Sara L. Ellis, or whomever may be sitting in her stead in Room 1403 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the attached <u>Joint Motion for Entry of Order Certifying Collective Action Status and Approving Agreed Notice of Collective Action, Plaintiffs' Consent Form, and Opt-In Procedure</u>, a copy of which is herewith served upon you.

By: /s/ Matt Pierce
Matt Pierce
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 720
Chicago, IL 60606
312-263-1500
mjp@ulaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed and served through the Court's CM/ECF system on October 16, 2021. Parties of record may obtain a copy through the Court's CM/ECF system.

/s/Matt Pierce