**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Joel Byrd, et al.

                                    Plaintiff,

v.                                                                  Case No.: 1:20–cv–03613
                                                                    Honorable Sara L. Ellis

Chicago Transit Authority

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for approval of the settlement agreement [86]. The parties should submit their proposed order of approval to the Court's proposed order email. The Court strikes the status date set for 1/4/2024 and resets it to 1/18/2024 at 1:30 PM. If the parties submit a stipulation of dismissal prior to the next status date, no appearance is required. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.